# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00569-CV

**Mark Louis Nelson, Appellant**

**v.**

**Crystal Dawn Stark-Nelson, Appellee**

### FROM THE COUNTY COURT AT LAW OF BASTROP COUNTY
### NO. 13-15910, HONORABLE BENTON ESKEW, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Mark Louis Nelson has filed a motion to dismiss this appeal. His attorney has certified that the motion is not opposed. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1).

_____

Melissa Goodwin, Justice

Before Chief Justice Jones, Justices Rose and Goodwin

Dismissed on Appellant's Motion

Filed:   November 26, 2014